```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

GUY TURNER                                              PLAINTIFF

       v.         Civil No. 11-5139

SHERIFF KEITH FERGUSON;
CAPTAIN HOLLY, ET AL.                                   DEFENDANTS

### O R D E R

Now on this 19th day of November, 2012, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #29), filed on October 30, 2012, to which no objections have been filed. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #29) is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, this case is **dismissed with prejudice** based on plaintiff's failure to obey the orders of the Court and her failure to prosecute this action.

**IT IS SO ORDERED.**

                                            /s/ Jimm Larry Hendren
                                            JIMM LARRY HENDREN
                                            UNITED STATES DISTRICT JUDGE